EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Violent Crimes Section Chief

MARSHALL H. SILVERBERG # 5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: marshall.silverberg@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 1 2003

at 10 o'clock and 15 min   M
WALTER A.Y.H. CHINN, CLERK

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR03 00583 HG |
| Plaintiff, ) | INDICTMENT |
| vs. ) | Count 1: 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| VALENTIN LECUONA, ) | Count 2: 18 U.S.C. §§ 922(g)(3) and 924(a)(2) |
| Defendant. ) | |

### INDICTMENT

#### COUNT 1
(18 U.S.C. §§ 922(g)(1), 924(a)(2))

The Grand Jury charges that:

On or about November 6, 2003, in the District of Hawaii, the defendant VALENTIN LECUONA, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce firearms and ammunition, to wit: (1) a Detonics Model Pocket 9, 9mm caliber semiautomatic pistol, serial number P2233 loaded with six rounds of CCI 9mm caliber ammunition with an

additional thirty-six rounds of 9mm ammunition; (2) a Colt Model 1911A1 .45 caliber semiautomatic pistol, serial number removed, loaded with seven rounds of Winchester .45 caliber ammunition with approximately an additional 62 rounds of Winchester .45 caliber ammunition; and (3) a Colt Model AR-15 .223 caliber semiautomatic rifle, serial number SP97391, loaded with 17 rounds of Federal .223 caliber ammunition with an additional one hundred rounds of Winchester .223 caliber ammunition; with all such firearms and ammunition having been manufactured outside the state of Hawaii and having been shipped and transported to Hawaii at some earlier point in time.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT 2
(18 U.S.C. §§ 922(g)(3), 924(a)(2))

The Grand Jury further charges that:

On or about November 6, 2003, in the District of Hawaii, the defendant VALENTIN LECUONA, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess firearms and ammunition in and affecting commerce, to wit: (1) a Detonics Model Pocket 9, 9mm caliber semiautomatic pistol, serial number P2233 loaded with six rounds of CCI 9mm caliber ammunition with an additional thirty-six rounds of 9mm ammunition; (2) a Colt Model 1911A1 .45 caliber semiautomatic pistol, serial number removed, loaded with seven rounds of Winchester .45 caliber ammunition with approximately an additional 62 rounds of

2

Winchester .45 caliber ammunition; and (3) a Colt Model AR-15 .223 caliber semiautomatic rifle, serial number SP97391, loaded with 17 rounds of Federal .223 caliber ammunition with an additional one hundred rounds of Winchester .223 caliber ammunition; with all such firearms and ammunition having been manufactured outside the state of Hawaii and having been shipped and transported to Hawaii at some earlier point in time.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

DATED: December 11, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

MARSHALL H. SILVERBERG
Assistant U.S. Attorney

UNITED STATES v. Valentin Lecuona
Cr. No.         (Indictment)