June 6, 2006

# DISTRICT COUNT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
### (415) 556-9920

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CR-03-00583-HG
**Appeal Number:** 04-10415
**Short Title:** USA v. Lecuona

**RECEIVED**
CLERK, U.S. DISTRICT COURT
JUN 0 8 2006
DISTRICT OF HAWAII

| | Volumes | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Clerk's Records in: | 1 | | | 0 | Certified Copy(ies) | | | |
| Reporters Transcripts in: | 3 | | | 0 | Certified Copy(ies) | | | |
| Exhibits in: | 0 | Envelopes | | 0 | Under Seal | | | |
| | 0 | Boxes | | 0 | Under Seal | | | |
| | 0 | Volumes | Volume | 0 | of record | 0 | Under Seal | |
| State Lodged Docs in: | 0 | Envelopes | 0 Expandos | 0 | Folders | 0 | Boxes | |
| | 0 | Other | | | | | | |
| Bulky Documents in: | 0 | Envelopes | 0 Expandos | 0 | Folders | 0 | Boxes | |
| | 0 | Other | | | | | | |

**Other:** 3 dkt #'s 12, 13, & 15 (Under Seal).

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.

## United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: February 8, 2005

To: United States Court of Appeals
For the Ninth Circuit
Office of the Clerk
95 Seventh Street
San Francisco, California 94103

Attn: ( ) Civil
(✓) Criminal
( ) Judge

From: United States District Court
300 Ala Moana Blvd. Room C-338
Honolulu, Hawaii 96813

FILED
FEB 10 2005
CATHY A. ...., CLERK
U.S. COURT OF APPEALS

DC No:      CR 03-00583-HG         Appeal No:   04-10415
Short Title:   USA VS. LECUONA

| | | |
|---|---|---|
| Clerk's Files in | 1 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | 3 | volumes (✓) original ( ) certified copy  1/5/04, 2/11/04, 5/27/04 |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: # 12, 13, 15

Acknowledgment: _____    Date: _____

cc: all counsel

36